29854, 29855. RAILWAY EXPRESS AGENCY INC. *et al. v.* STANDRIDGE; and *vice versa.*

SUTTON, J. This case is controlled by *Railway Express Agency Inc.* v. *Standridge,* ante. The court did not err in overruling the defendants' motion for new trial; and because of this ruling it is unnecessary to decide the questions raised in the cross-bill of exceptions of the defendant in error, and the same is dismissed.

*Judgment affirmed on the main bill of exceptions. Cross-bill dismissed. Stephens, P. J., and Felton, J., concur.*

DECIDED FEBRUARY 20, 1943.